1 PHILLIP A. TALBERT
United States Attorney
2 JEFFREY A. SPIVAK
Assistant United States Attorney
3 MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
4 Fresno, California 93721
Telephone: (559) 497-4000
5

6 Attorneys for Plaintiff
UNITED STATES OF AMERICA
7

8
UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

| 11 | UNITED STATES OF AMERICA, | Case No. 1:20-po-00100-SAB |
|---|---|---|
| 12 | Plaintiff, | [Citations #9144726 CA/28] |
| 13 | v. | |
| 14 | EUGENA MOORE, | MOTION AND ORDER FOR DISMISSAL |
| 15 | Defendant. | |

18   The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19 Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:20-po-00100-

20 SAB [Citations #9144726 CA/28] against EUGENA MOORE, without prejudice, in the interest of

21 justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

23 DATED: March 4, 2024                    Respectfully submitted,

                                          PHILLIP A. TALBERT
                                          United States Attorney

                                    By:   /s/ *Jeffrey A. Spivak*
                                          JEFFREY A. SPIVAK
                                          Assistant United States Attorney

1

U.S. v. Moore
Case No. 1:20-po-00100-SAB

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:20-po-00100-SAB [Citations #9144726 CA/28] against EUGENA MOORE be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **March 4, 2024**

UNITED STATES MAGISTRATE JUDGE